# The DeHaan Law Firm P.C.

JOHN W. DEHAAN, ESQ.
WWW.DEHAAN-LAW.COM

Mail: P.O. Box 5248 ▪ Hauppauge, New York 11788 ▪ 631.582.1200
Office: 746 Merrick Road ▪ Baldwin, New York 11510

> Plaintiffs request at Dkt. No. 9 is GRANTED and the briefing schedule proposed herein is ADOPTED.
>
> The Clerk of the Court is respectfully directed to close Dkt. No. 9.
>
> SO ORDERED   4/20/26
>
> _____
> SARAH L. CAVE
> United States Magistrate Judge

April 20, 2026

**Via ECF**
Hon. Sarah L. Cave, U.S. Magistrate Judge
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl St.
New York, NY 10007-1312

Re:   **Montalvo v. Bisignano, Comm'r of Soc. Sec.**
      **Docket No.: 1:26-CV-00713-RA-SLC**

Dear Magistrate Judge Cave:

I represent the plaintiff, Jennifer Montalvo, in the above-referenced matter. Jonathan M. King, from the Office of General Counsel, represents the Commissioner.

I write in accordance with Your Honor's Individual Practice Rules and Local Social Security Rule 4.1 to request an extension of the briefing schedule in this case which, if granted, would result in the following changes:

|  | Current Deadline | **New Deadline** |
|---|---|---|
| Plaintiff to Serve/File Motion | April 29, 2026 | **July 31, 2026** |
| Defendant to Serve/File Response | May 29, 2026 | **October 29, 2026** |
| Plaintiff to Serve/File Reply | June 12, 2026 | **September 12, 2026** |

I make this request because I already have three (3) briefs in other cases due next week, two (2) of which I cannot adjourn, and I cannot my moving papers in this case by the current deadline. Due to the government shutdown last fall, I have had numerous scheduling conflicts, and the length of the adjournment sought reflects that backlog as well.

I have consulted with Mr. King, and he consents to this request. The selected dates reflect his input. There have been no prior adjournments of these deadlines.

Thank you for Your Honor's consideration of this request.

Respectfully submitted,
**THE DEHAAN LAW FIRM P.C.**
By:   /s/ John W. DeHaan
John W. DeHaan, Esq.
jdehaan@dehaan-law.com

cc:   Jonathan M. King, OGC (Via ECF)