**D** **The DeHaan Law Firm** P.C.

JOHN W. DEHAAN, ESQ.
WWW.DEHAAN-LAW.COM

Mail: P.O. Box 5248 ▪ Hauppauge, New York 11788 ▪ 631.582.1200
Office: 746 Merrick Road ▪ Baldwin, New York 11510

April 21, 2026

**<u>Via ECF</u>**
Hon. Sarah L. Cave, U.S. Magistrate Judge
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl St.
New York, NY 10007-1312

> Re:    **<u>Montalvo v. Bisignano, Comm'r of Soc. Sec.</u>**
> **<u>Docket No.: 1:26-CV-00713-RA-SLC</u>**

Dear Magistrate Judge Cave:

I represent the plaintiff, Jennifer Montalvo, in the above-referenced matter. Jonathan M. King, from the Office of General Counsel, represents the Commissioner.

I write to correct an error in my April 20, 2026, letter (ECF 10) requesting an extension of the briefing schedule, which Your Honor granted yesterday. In that letter, I requested, on consent, that the plaintiff's brief be adjourned to July 31, 2026, and that defendant's response be adjourned to October 29, 2026.

However, the deadline to the plaintiff's reply was mistakenly set at September 12, 2026, which is actually six (6) weeks prior to when the Commissioner's responsive brief is due. ***That was an error on my part, and the deadline for the plaintiff's reply should have been <u>November 12, 2026</u>, which is two (2) weeks after the defendant serves his brief.***

I apologize for this mistake, and respectfully request that the reply deadline be changed from September 12, 2026, to **November 12, 2026**.

I have consulted with Mr. King, and he consents to this request.

Thank you for Your Honor's consideration of this request.

The Court is in receipt of Plaintiff's letter at Dkt. No. 11 requesting a correction to the briefing schedule endorsed at Dkt. No. 9. The request is GRANTED and the briefing schedule shall be as follows: Plaintiff's motion for judgment on the pleadings shall be due on **July 31, 2026**; the Commissioner's brief shall be due on **October 29, 2026**. Plaintiff's reply brief, if any, shall be due on **November 12, 2026**.

The Clerk of the Court is respectfully directed to close Dkt. No. 11.

SO ORDERED   4/22/26

*Sarah Cave*
SARAH L. CAVE
United States Magistrate Judge

Respectfully submitted,
**THE DEHAAN LAW FIRM P.C.**

By:   /s/ *John W. DeHaan*
John W. DeHaan, Esq.
jdehaan@dehaan-law.com