**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------------X

JENNIFER MONTALVO,

Plaintiff,

-v-

COMMISSIONER OF SOCIAL SECURITY,

Defendant.

----------------------------------------------------------------------X

26 **CIVIL** 0713 (RA) (SLC)

# JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated October 16, 2026, the final decision of the Commissioner be and hereby is REVERSED, and the matter is REMANDED to the Commissioner of Social Security for this further administrative action.

**Dated:** New York, New York

October 19, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:** ______________________

**Deputy Clerk**